IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (Hawaii Laborers' Health & Welfare Trust Funds by its trustees Harry Ushijima, Albert Hamamoto, Daniel Nakamura, Donna Kekauoha, Mark Matsumoto, Toni Figueroa, Alfonso Oliver, Al Lardizabal, and Anacleto Alcantra, etc., et al.<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>PACIFIC RIM LANDSCAPE INC., a Hawaii corporation, GEORGE FLEMING<br><br>　　　　Defendant(s).<br>_____ | CIVIL NO. 09-00080 ACK-KSC |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 16, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings Of Fact and Recommendation For Disposition Re: Plaintiffs' Motion For Entry Of Default Judgment Against Defendants" are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawai'i, October 8, 2009.



_____
Alan C. Kay
Sr. United States District Judge